UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LUKE G. ZIEROTH, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:19-CV-181 DRL-JEM |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

### ORDER

This matter is before the court on the findings and recommendation of Magistrate Judge John E. Martin issued on May 29, 2020. The Magistrate Judge recommended that the court reverse and remand the Social Security Commissioner's decision because the administrative law judge didn't apply the listing criteria properly, didn't adequately analyze whether Luke Zieroth had only marginal adjustment, and didn't properly incorporate his limitations into the residual functional capacity and the hypotheticals to vocational experts. The Commissioner had fourteen days to file any objections, and that date has now passed. The Commissioner has not objected to the findings and recommendation, so the court now ADOPTS the findings and recommendation in their entirety (ECF 23) and REMANDS the ALJ's decision for further consideration consistent with the report and recommendation now adopted.

SO ORDERED.

June 26, 2020                               *s/ Damon R. Leichty*
                                            Judge, United States District Court